**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| KHALIEF BYRD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:25-CV-159 |
| | § | |
| WARDEN, USP CANAAN, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff, Khalief Byrd, an inmate confined at USP Canaan, proceeding *pro se*, filed this civil action against multiple defendants.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to the applicable laws and orders of this court. On May 9, 2026, the magistrate judge recommended dismissing this complaint for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b) (#4). No Objections to the Report and Recommendation have been filed to date.

The court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate Judge (#4) is **ADOPTED**. A Final Judgment will be entered in accordance with the recommendations of the Final Judgment.

SIGNED at Beaumont, Texas, this 21st day of August, 2026.

Marcia A. Crone

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE